1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CSBN 206052)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3705
7      Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

9                    UNITED STATES MAGISTRATE COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12 | UNITED STATES OF AMERICA,         )   No.  CR 04 05 70749 WDB
                                       )
13 |        Plaintiff,                 )   [PROPOSED] ORDER WAIVING
                                       )   PRELIMINARY HEARING DATE AND
14 |     v.                            )   EXCLUDING TIME FROM SEPTEMBER
                                       )   29, 2005 TO OCTOBER 6, 2005 FROM
15 | RONALD WALKER,                    )   THE SPEEDY TRIAL ACT
                                       )   CALCULATION (18 U.S.C. §
16 |        Defendant.                 )   3161(h)(8)(A))
                                       )
17

18         With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order continuing the arraignment or preliminary hearing date of September 29, 2005 at 10:00

20 a.m. to October 6, 2005 at 10:00 a.m. before the Honorable Wayne D. Brazil, as well as

21 documenting the defendant's waiver of the preliminary hearing date under Federal Rule of

22 Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. §

23 3161(b), from September 29, 2005, to October 6, 2005. The parties agree, and the Court finds

24 and holds, as follows:

25         1.      The defendant is in custody.

26         2.      The defendant agrees to an exclusion of time under the Speedy Trial Act based

27 upon the need for defense counsel to review discovery and conduct additional investigation

28 in order to effectively prepare the case.

3. Counsel for the defendant believe that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case before the October 6, 2005 preliminary hearing date.

4. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 29, 2005, to October 6, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) continues the preliminary hearing date of September 29, 2005 to October 6, 2005 before the Honorable Wayne D. Brazil at 10:00 a.m.; and (2) orders that the period from September 29, 2005 to October 6, 2005 be excluded from the time for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A)&(B)(iv).

STIPULATED:

DATED: 9/30/05          [signature]
                        JEROME MATTHEWS
                        Attorney for Defendant

DATED: 9/29/05          [signature]
                        KIRSTIN M. AULT
                        Assistant United States Attorney

IT IS SO ORDERED.

DATED: October 3, 2005

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Wayne D. Brazil]