1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant RONALD WALKER
6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. CR-05 00634 DLJ [WDB] |
| 12 | Plaintiff, ) | STIPULATION AND ORDER RELEASING DEFENDANT AND DIRECTING |
| 13 | vs. ) | DEFENDANT TO SURRENDER TO U.S. MARSHALS |
| 14 | RONALD WALKER, ) | |
| 15 | Defendant. ) | |
| 16 | | |

17      The Court previously has indicated its willingness to release Ronald Walker in this

18 matter.  Any such release, however, is complicated by the existence of a warrant issued by the

19 Contra Costa Superior Court, Case No. 05 050705 3, in connection with a petition to revoke Mr.

20 Walker's probation.  During the course of plea discussions in this matter, the parties agreed that

21 Ronald Walker ought to be temporarily released to spend time with his newborn son, but in a

22 manner that acknowledged Mr. Walker's desire to resolve this case and his obligation to make an

23 appearance in the state revocation proceeding.  This matter presently is set for change of plea

24 before Judge Jensen on October 28, 2005 at 9:00 a.m.  At defense counsel's request, the Contra

25 Costa Public Defender has set the initial appearance in the revocation matter for November 1,

26 2005 at 8:30 a.m. before Judge David O'Malley.

STIP/REL ORD                                  1

1   IT IS THEREFORE STIPULATED AND AGREED that the United States Marshal
2  release Ronald Walker from custody following his change of plea hearing on October 28, 2005.
3  Mr. Walker shall appear before Judge O'Malley of the Contra Costa Superior Court at the time
4  and place designated for his probation revocation hearing, presently November 1, 2005 at 8:30
5  a.m.

6   IT IS FURTHER STIPULATED AND AGREED that Mr. Walker shall surrender himself
7  to the U.S. Marshals Oakland facility on or before 1 p.m. on Monday, November 14, 2005.  Mr.
8  Walker understands that failure to surrender himself to the U.S. Marshals on or before the agreed
9  date may result in the issuance of a bench warrant and subject him to further prosecution.

10

11  Dated: October 26, 2005                            /S/
12                                                     _____
                                                       JEROME E. MATTHEWS
                                                       Assistant Federal Public Defender
13

14
                                                       /S/
15  Dated: October 27, 2005                            _____
                                                       KIRSTIN AULT
16                                                     Assistant United States Attorney

17  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/S/) within this efiled document.
18

19   Good cause appearing therefor, IT IS ORDERED that the U.S. Marshals release Ronald
20  Walker from custody following his change of plea hearing on October 28, 2005, that Mr. Walker
21  appear in Contra Costa Superior Court at the time and date designated for his probation
22  revocation hearing, and that Mr. Walker surrender himself to the U.S. Marshals Oakland facility
23  on or before November 14, 2005 at 1:00 p.m., as set forth in the foregoing stipulation.

24

25  October 27 , 2005                                  _____
                                                       WAYNE D. BRAZIL
26                                                     United States Magistrate Judge

STIP/REL ORD                                2