**FILED**

DEC 19 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA     )
                             )
vs.                          )  Docket Number: CR 05-00634-1 DLJ
                             )
Ronald L. Walker             )
                             )

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___February 3, 2006___ be continued until ___February 24, 2006___ at ___10:00 a.m.___.

Date: Dec 19, 2005

D. Lowell Jensen
Senior United States District Judge

COPIES MAILED TO
PARTIES OF RECORD
CC TO PROBATION    FS

NDC-PSR-009 12/06/04